**STATE of Missouri, Respondent,**

v.

**Brandon P. MESSICK, Appellant.**

**No. WD 63460.**

Missouri Court of Appeals,
Western District.

Dec. 21, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 2005.

Application for Transfer Denied
April 26, 2005.

Laurie Schear Ward and Steven Andrew Fritz, James G. Spangler, Sedalia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Office of Attorney General, Jefferson City, for respondent.

Before THOMAS H. NEWTON, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and RONALD R. HOLLIGER, Judge.

**ORDER**

Brandon Messick appeals his convictions of burglary in the first degree, Section 569.160, RSMo 2000, and false imprisonment, Section 565.130, RSMo 2000. He raises four points on appeal. In his first two points, he challenges the sufficiency of the evidence to support the convictions and trial court error in denying a motion to

suppress evidence. In his remaining two points, he claims instructional error related to the submission of the State's verdict director and the court's refusal to submit his alibi instruction.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. The parties, however, have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).